La Iglesia Católica Apostólica Romana en Puerto Rico, demandante y apelada, v. Juan Monclova Martínez, demandado apelante.

No. 4314.—*Visto:* Febrero 23, 1928.  *Resuelto:* Marzo 6, 1928.

Desistimiento y "Non Suit"—Involuntario—Imposición de Costas.—No hay disposición alguna en el artículo 192 del Código de Enjuiciamiento Civil que imponga a la corte el deber de condenar necesariamente en costas a un demandante cuyo pleito es desestimado sin solicitud suya por dejar de tramitarlo.

Sentencia de *Luis Samalea,* J. (Arecibo), declarando al demandante por desistido y abandonado de su acción.  *Confirmada.*

*Luis Freyre Barbosa,* abogado del apelante; *Manuel Tous Soto,* abogado de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

El apelado dejó de enmendar su demanda en el término que la corte inferior le concedió por lo que a instancia del demandado recayó sentencia teniendo al demandante por desistido de su acción por falta de gestión en su pleito.  De este fallo apela el demandado porque la corte no impuso las costas al demandante y cita en apoyo de su recurso el artículo 192 del Código de Enjuiciamiento Civil.

No hay disposición alguna en ese artículo que imponga a la corte el deber de condenar necesariamente en costas a un demandante cuyo pleito es desestimado sin solicitud suya por dejar de tramitarlo.

*La sentencia apelada debe ser confirmada.*